# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHARLIE LYNN SHEPPARD,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL MONTERO, *et. al.,*<br><br>　　　　Defendants. | Case No.: 3:17-CV-00467-RCJ-VPC<br><br>**ORDER** |

On April 16, 2018, the Court entered Screening Order (ECF No. 4) denying Plaintiff's applications to proceed *in forma pauperis* directing Plaintiff to pay the $400.00 filing fee in full within thirty (30) days or this action will be dismissed without prejudice. The Court further dismissed the complaint without prejudice with leave to amend. On April 27, 2018, the Court received Notice (ECF No. 5) "Return to Sender No Longer in Custody."

**Local Rules of Special Proceedings and Appeals 2-2 Change of Address provides as follows:**

"The plaintiff shall immediately file with the Court written notification of any change of address. The notification must include proof of service upon each opposing party or the party's attorney. Failure to comply with this Rule may result in dismissal of the action with prejudice." Accordingly,

IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE for Plaintiff's failure to comply with the Court Order (ECF No. 4) and for failure to comply with LR 2-2. The Clerk of the Court shall close the case.

DATED this 29th day of June, 2018.

_____
ROBERT C. JONES
District Judge